Filing # 148075368 E-Filed 04/20/2022 04:58:46 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA

DUNCAN M. RODRIGUEZ CRUZ,   CIVIL DIVISION
　　　　　　　　　　　　　　　　CASE NO.:
　　　Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

　　　Defendant.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **DUNCAN M. RODRIGUEZ CRUZ**, by and through the undersigned counsel, hereby sues the Defendant, **HOME DEPOT U.S.A., INC.**, and alleges:

1. This is an action for damages which exceed One Hundred Thirty Thousand Dollars ($130,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2. At all times material hereto, the Plaintiff, **DUNCAN M. RODRIGUEZ CRUZ**, was and is a resident of Osceola County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **HOME DEPOT U.S.A., INC.** (hereinafter referred to as **HOME DEPOT**) was and is a Foreign Corporation organized under the Laws of the State of Florida and doing business in Osceola County, Florida.

4. Venue is proper in this County in that the Defendant, **HOME DEPOT**, does business in Osceola County, Florida, and/or all of the acts complained of herein occurred in Osceola County, Florida.

5. At all times material to this cause of action, Defendant, **HOME DEPOT**, owned, operated and maintained the premises located at 4560 13th St, St Cloud, FL 34769, Osceola County.

6. That on or about March 14, 2021, the Plaintiff, **DUNCAN M. RODRIGUEZ CRUZ**, was an invitee of the Defendant **HOME DEPOT,** store.

7. While on Defendant's premises, Defendant owed a non-delegable duty to Plaintiff to provide a reasonably safe environment, to maintain the premises in a reasonably safe condition, to warn of any dangerous conditions which it knew of or should have known of.

8. On or about March 14, 2021, a dangerous condition existed in Defendant's premises, consisting of a poorly designed product display of telescopic poles and orange buckets not safely secured in an elevated shelf.

9. As a result of the aforementioned dangerous condition, the orange buckets fell on Plaintiff's, **DUNCAN M. RODRIGUEZ CRUZ**, head.

10. As a result of the aforementioned dangerous condition, Plaintiff, **DUNCAN M. RODRIGUEZ CRUZ**, was hit by a group of orange buckets, and suffered injuries.

11. Defendant, **HOME DEPOT**, its agents, servants, or employees breached the non-delegable duty owed to Plaintiff, **DUNCAN M. RODRIGUEZ CRUZ**, as an invitee, by committing one or more of the following acts or omissions:

    a. Negligently failing to maintain or adequately maintain the area in and around its premises, by allowing the dangerous conditions to exist at the time Plaintiff was in the aisle;

    b. Negligently failing to inspect or adequately inspect the shelves where the incident occurred to determine whether the dangerous condition existed at the time Plaintiff, was in the aisle;

    c. Negligently failing to warn or adequately warn Plaintiff of the dangerous condition when Defendant knew or should have known of its existence and when Plaintiff was unaware of said dangerous condition;

    d.    Negligently failing to correct, or adequately correct the dangerous condition when Defendant knew or should have known of its existence;

    e.    Negligently creating the dangerous conditions, specifically where the incident occurred, which caused or contributed to the existence of the dangerous condition;

    f.    Negligently failing to train and/or inadequately training its employees and/or agents to store and inspect the premises for dangerous condition;

    g.    Negligently failing to follow its own corporate policy regarding the dangerous conditions;

    h.    Negligently operating its premises by allowing the dangerous condition exist or to remain on its premises while invitees were present;

    i.    Negligently failing to take actions to reduce, minimize, or eliminate foreseeable risks before they manifested themselves as particular dangerous conditions on the premises;

    j.    Negligently failing to protect Plaintiff from foreseeable risks; and

    k.    Negligently failing to act reasonably under the circumstances.

12. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous conditions to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

13. The specific manner in which Plaintiff was injured was foreseeable to Defendant and Defendant knew or should have known of the specific risks of harm to Plaintiff as a result of Defendant's negligence.

14. Defendant knew that other customers had being injured as a result of the dangerous condition.

5-4-2022    20210395256    6020220504040092

15. As a direct and proximate result of the aforementioned negligence of the Defendant, **HOME DEPOT**, the Plaintiff, **DUNCAN M. RODRIGUEZ CRUZ**, was hit by a group of orange buckets, and sustaining severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff will suffer the losses into the future.

WHEREFORE, Plaintiff, **DUNCAN M. RODRIGUEZ CRUZ**, hereby demands judgment for damages, costs and interest from the Defendant, **HOME DEPOT U.S.A., INC.**, together with whatever other relief the Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

The Plaintiff, **DUNCAN M. RODRIGUEZ CRUZ**, hereby demands trial by jury of all issues so triable as a matter of right.

Dated: <u>April 20, 2022.</u>

                                          **RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
200 S. Orange Avenue, Suite 2000
Orlando, FL 32801
Tel: (321) 319-4092
Fax: (321) 247-6776
Email: rcastillo@rubensteinlaw.com
       mmercado@rubensteinlaw.com
       eservice@rubensteinlaw.com

By:   */s/ Ramon Castillo*
        **RAMON CASTILLO**
        Florida Bar No.: 22404